IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 4 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.     No. 4:17-MJ-901

EDGAR ARMANDO HERNANDEZ-CASTILLO (01)

CRIMINAL COMPLAINT

Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

Beginning at a date uncertain and continuing through on or about October 15, 2017, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendant **Edgar Armando HERNANDEZ-Castillo,** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

I.     INTRODUCTION

1.     I have been a Special Agent of Homeland Security Investigations (HSI) for approximately 10 years. I received basic investigative instruction at the HSI Academy located in Glynco, GA and additional continuing instruction regarding investigative techniques. I am currently assigned to the Texas Oklahoma High Intensity Drug Trafficking Area (TEXOMA HIDTA) group in the HSI Dallas office.

I routinely work with special agents/officers from the Drug Enforcement Administration, Parker County Sheriff's Office, and Fort Worth Police Department.

2. I have participated as a law enforcement officer in several investigations of unlawful narcotics distribution. I have participated in investigations that utilized the following investigative techniques: wiretaps, physical and electronic surveillances, undercover transactions, the execution of search and arrest warrants, debriefings of informants, and review of taped conversations and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored and distributed, and the methods of payments for such drugs. I am also familiar with some of the methods by which narcotics traffickers communicate and code words commonly used by narcotics traffickers.

II. SUMMARY OF PROBABLE CAUSE THAT A VIOLATION OF 21 U.S.C. § 841 HAS OCCURRED

3. In August of 2017, HSI initiated an investigation into the large scale manufacturing, production, importation, transportation and distribution of heroin and methamphetamine from Mexico to the United States. As part of the investigation, HSI identified **Edgar Armando HERNANDEZ-Castillo** as being involved in the importation, transportation and distribution of methamphetamine in the Northern District of Texas and elsewhere.

4. **Edgar Armando HERNANDEZ-Castillo** agreed to possess methamphetamine with the intent to distribute it, and knowingly and willfully participated in that agreement.

III. FACTS ESTABLISHING PROBABLE CAUSE THAT A VIOLATION OF 21 U.S.C. § 841 HAS OCCURRED

5. On October 15, 2017, **Edgar Armando HERNANDEZ-Castillo** signed ICE Form 73-005, authorizing a consent search of **Edgar Armando HERNANDEZ-Castillo's** current residence XXXX Millet Ave., Fort Worth, TX. Pursuant to the consent search agents and officers seized approximately nineteen kilograms of a crystal like substance that field tested positive for the presence of methamphetamine.

6. Based on the foregoing, the complainant believes that probable cause exists that **Edgar Armando HERNANDEZ-Castillo**, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), namely to distribute and to possess with intent to distribute more than 50 grams of methamphetamine.

Mike McCurdy
Special Agent
Homeland Security Investigations

SWORN AND SUBSCRIBED before me, at 1:45 am/pm, this 4th day of December, 2017, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

**Criminal Complaint – Page 3**